# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 13, 2017

## NO. 03-16-00291-CV

**Office of the Comptroller of Public Accounts for the State of Texas; Glenn Hegar, Individually and in his Official Capacity as Comptroller of Public Accounts of the State of Texas; and Ken Paxton, Attorney General of Texas, Appellants**

**v.**

**Farshid Enterprises, L.L.C.; and Abul Hasnat, Appellees**

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
AFFIRMED IN PART; REVERSED AND DISMISSED IN PART --
OPINION BY JUSTICE GOODWIN**

This is an appeal from the order signed by the trial court on April 28, 2016. Having reviewed the record and the parties' arguments, the Court affirms the trial court's order denying the Comptroller's plea to the jurisdiction with respect to appellees' claims challenging the constitutionality of sections of the Tax Code to the extent that they seek equitable relief. The Court, however, reverses the trial court's order with respect to appellees' remaining claims and dismisses those claims for lack of subject matter jurisdiction. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.